UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KIRK MOSBY (#561203)**

**VERSUS**

**JEFF LANDRY, ET AL.**

CIVIL ACTION

NO. 17-497-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 22, 2019, to which an opposition was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 19, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**